UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,

    Plaintiff,

    Case No. 08-10898

v.

    Honorable Patrick J. Duggan

GEORGE PRAMSTALLER, et al.,

    Defendants.
    _____/

## ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on July 21, 2008.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

Quentin C. Laster ("Plaintiff"), a state inmate currently incarcerated at the G. Robert Cotton Correctional Facility in Jackson, Michigan, filed this civil rights action against numerous defendants on March 4, 2008. This Court referred all pretrial matters to Magistrate Judge Charles Binder on April 17, 2008. On May 30, 2008, Magistrate Judge Binder issued a Report and Recommendation ("R&R"), recommending that the Court *sua sponte* dismiss Plaintiff's *pro se* complaint for Plaintiff's failure to comply with Magistrate Judge Binder's order requiring him to file an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure.

Presently before this Court is Plaintiff's objection to the R&R, which is dated June

5, 2008. In addition to filing his objection, Plaintiff filed an "Amended Civil Rights and Americans With Disabilities Act Violation Complaint," which is also dated June 5, 2008. This Court believes that Plaintiff's amended complaint dated June 5, 2008 complies with Rule 8 of the Federal Rules of Civil Procedure, which requires that a complaint contain a "short and plain statement of the claim showing that the pleader is entitled to relief." FED. R. CIV. P. 8(a)(2). Consequently, the Court will reject Magistrate Judge Binder's R&R as moot.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Binder's R&R (Doc. No. 11) is **REJECTED AS MOOT**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Quentin C. Laster
#180908
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201