UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN C. LASTER,  No. 08-10898

    Plaintiff,  District Judge John Corbett O'Meara

v.  Magistrate Judge R. Steven Whalen

GEORGE PRAMSTALLER, et.al.,

    Defendants.
_____/

**ORDER DENYING MOTIONS FOR PHOTOCOPYING
AND DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff, a *pro se* prison inmate in the custody of the Michigan Department of Corrections [MDOC], has filed an amended civil rights complaint, pursuant to 42 U.S.C. § 1983, naming 33 Defendants. He was granted IFP status on March 7, 2008.  An order to correct deficiency was entered on March 7, 2008, for failure to provide sufficient copies (34) of the original complaint for filing and service on all the Defendants.  Plaintiff corrected that deficiency.  Subsequently, Plaintiff was ordered to file an amended complaint in compliance with Fed.R.Civ.P. 8(a).  He filed the amended complaint on May 7, 2008.  However, he has not submitted a sufficient number of copies (34) for filing and service.

Under Fed.R.Civ.P. 4(c)(1), it is the Plaintiff's responsibility to furnish a sufficient number of copies for service.  Plaintiff has filed two motions **[Docket #9 and #19]**,

-1-

requesting that his complaint be photocopied by the Court, claiming that he has been unable to make copies at his place of incarceration. However, it is the Court's understanding that the MDOC has a policy regarding the copying of court pleadings, whereby the inmate's prison account is debited for the cost. Furthermore, Plaintiff was able to correct the previous deficiency with regard to his original complaint. Finally, Plaintiff has, since the filing of these motions, been transferred to the Macomb Correctional Facility, and there is no indication that he has requested that institution to copy his pleadings, pursuant to MDOC policy.

Therefore, Plaintiff's motions for photocopying [Docket #9 and Docket #19] are DENIED.

Plaintiff is ordered to file 34 additional copies of his amended complaint within 30 days of the date of this Order. Failure to file the required copies may result in the dismissal of the amended complaint.

Pursuant to Fed.R.Civ.P. 4(m), the time for service of the summonses and complaints is extended to 120 days of the date of this Order.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: February 25, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 25, 2009.

S/G. Wilson<br>Judicial Assistant